FRED WAGNER, Respondent, v. MARGARET ABERLE and Another, Appellants.— Motion for stay granted on condition that appellants perfect the appeal for Monday, April second (for which day the case is set down), and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

JANE WARD, Respondent, v. BANK OF MANHATTAN TRUST COMPANY, Successor to BANK OF THE MANHATTAN COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

ASSOCIATED INVESTORS, INC., Respondent, v. VITAGRAPH GARAGE, INC., and Another, Defendants, Impleaded with ANNA BARONDESS and Another, Appellants.— Order denying motion of defendants Barondess to dismiss the complaint for insufficiency affirmed, with ten dollars costs and disbursements, with leave to said defendants to answer within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur.

EDWIN F. CORNWELL, Respondent, v. MOSES R. CORNWELL, Appellant.— Order denying defendant's motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Carswell, Scudder and Tompkins, JJ., concur; Lazansky, P. J., concurs, being of the opinion that all the facts concerning the prior action should first be disclosed on a trial before the question of law now raised is determined.

ELEANOR DE PAULA and Another, Infants, by EGLE DE PAULA, Their Guardian ad Litem, and EGLE DE PAULA, Respondents, v. BANCA COMMERCIALE ITALIANA TRUST COMPANY, Appellant, and Others, Defendants.— Order directing, on reargument, appellant to produce and permit the inspection of certain books, records and documents affirmed, with ten dollars costs and disbursements; the discovery and inspection to proceed on five days' notice. No opinion. Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ., concur.

EMPIRE TRUST COMPANY, as Trustee under a Trust Mortgage Dated the First day of July, 1924, Executed by BIM'S REALTY CORPORATION, Respondent, v. BIM'S REALTY CORPORATION and Others, Defendants. HOOD COMMITTEE OF BONDHOLDERS and COMMONWEALTH COMMITTEE OF BONDHOLDERS, Intervenors. MORRIS OKOSHKEN, Referee, Appellant.— Order dated July 8, 1933, fixing the allowance and compensation of the referee at the sum of $1,000, and order dated October 9, 1933, denying a motion for a modification of said order of July 8, 1933, modified so as to allow the referee, appellant, the sum of $3,000 as and for his additional allowance and compensation, and as so modified affirmed, without costs. The court erred in discretion in failing to appraise at the amount agreed to by the parties, the valuable services of the referee, properly performed in a difficult and extraordinary situation. Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ., concur.